AO91 (Rev. 12/03) Criminal Complaint **Felony** AUSA United States District Court Southern District of Texas

# UNITED STATES DISTRICT COURT

MAY 7 2014

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |

1. Jennifer RAMIREZ A206 733 423 United States
2. Pricilla Denise SAENZ A206 733 424 United States
3. Noel TORRES-Garcia A206 138 672 Mexico

Case Number: B-14- MJ-445

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 05, 2014** in **Kenedy** County, in the **Southern District Of Texas** defendant(s) knowingly, willfully, and in reckless disregard of the fact that six (6) undocumented alien(s) had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On May 5, 2014, at approximately 2230 hours, Harlingen Border Patrol Agents encountered a 2000 green Dodge minivan smuggling six undocumented immigrants and a 2001 black Pontiac Grand Am acting as a scout or lookout, near Norias, Texas. The vehicle stop resulted in the apprehension of six undocumented immigrants from Guatemala and Mexico. Through further investigation it was determined that the drivers, Pricilla Denise SAENZ, Noel TORRES-Garcia, and one of the passengers, Jennifer RAMIREZ were the principals in the smuggling scheme of the undocumented immigrants. In addition, all three principles admitted that they knew the individuals were illegally in the United States. Pricilla Denise SAENZ and Noel TORRES-Garcia both admitted to participating in the smuggling attempt for monetary gain.

Subject TORRES-Garcia has 1.00 USD dollar in his possession.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

/S/ Paez, Aaron Border Patrol Agent
Signature of Complainant

Paez, Aaron Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 07, 2014 at Brownsville, Texas
Date                                                   City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge