PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

CASE NO. B-14-MJ-445-1

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
Southern District of Texas
Brownsville, Texas
Ronald Morgan
U.S. Magistrate Judge

Name and Office of Person Furnishing Information on THIS FORM: Paez, Aaron — U.S. Border Patrol
Phone No. _____

Name of Asst. U.S. Attorney (if assigned): _____

USA vs.
Defendant: Jennifer RAMIREZ
Address: [redacted], Edinburg, TX, US

United States District Court
Southern District of Texas
FILED
MAY 7 2014
David J. Bradley, Clerk of Court

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Border Patrol, Brownsville, Texas

Birth Date: [redacted]/1989    ☐ Male  ☐ Female    ☐ Alien (if applicable)

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Raymondville, Texas

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 05/05/2014 or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Has a Detainer been filed?
☒ Yes  ☐ No

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 USC 1324(a)(1)(A)(ii) | Felony Smuggling Case Transporting | |